IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00749-BNB

IVAN L. MENDEZ,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Ivan L. Mendez, is a prisoner who currently is incarcerated at the James T. Vaughn Correctional Center in Smyrna, Delaware. He submitted to the Court *pro se* a civil rights complaint and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient.

Notwithstanding the deficiencies, Magistrate Judge Boyd N. Boland, in an order filed on April 1, 2010, directed the clerk of the Court to commence a civil action and directed Mr. Mendez to cure certain enumerated deficiencies if he wished to pursue his claims. Mr. Mendez specifically was directed to submit within thirty days either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. He also was directed to submit a Prisoner Complaint on the proper, Court-

approved form. The April 1 order warned Mr. Mendez that, if he failed to cure the designated deficiencies as directed within the time allowed, the action would be dismissed without further notice.

In response to the order to cure, Mr. Mendez submitted various civil rights complaints and an *in forma pauperis* motion to the Court, none of which was on the proper, Court-approved forms mailed to him. He also failed within the time allowed to submit a certified account statement from the appropriate prison official for the six-month period immediately preceding this filing. Subsection (a)(2) of 28 U.S.C. § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The April 1 and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 mailed to Mr. Mendez note this requirement.

Mr. Mendez, therefore, has failed to cure the deficiencies listed in the April 1 order. The complaints and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Ivan I. Mendez, to cure the designated deficiencies within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is denied. It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this  10th   day of   May  , 2010.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge, for
                        ZITA LEESON WEINSHIENK, Senior Judge
                        United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00749-BNB

Ivan L. Mendez
Prisoner No. 453351
James T. Vaughn Corr. Center
1181 Paddock Road
Smyrna, Delaware 19977

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/10/10

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk